**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-116 |
| | § | |
| THOMAS DODD, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF TRANSFER**

1. This case has been TRANSFERRED to Chief Judge Lee H. Rosenthal for the following reason:

   [ X ] Agreement between the judges.
   [   ] Bankruptcy-related case reassigned to the judge with the lowest-numbered case.
   [   ] Recusal.
   [   ] Transfer for revocation hearing with related case:
   [ X ] Other: Related case H-16-MC-1354

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are canceled.

**David Bradley, Clerk**

*Lisa Eddins*

By:_____
    Lisa Eddins
    Case Manager to Chief Judge Lee Rosenthal

Date:  March 3, 2017