United States District Court
Southern District of Texas
**ENTERED**
March 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America § | |
| § | |
| versus § | CRIMINAL H-17-116 |
| § | |
| § | |
| THOMAS DODD § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count **ONE AND TWO** a presentence report is ordered.

1. By **JUNE 23, 2017**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **JULY 7, 2017** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **JULY 21, 2017** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **AUGUST 3, 2017, at 9:00 a.m.**. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED on March 20, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

Copies:  United States Probation
AUSA: Melissa Annis/Robert Heberle
Defense: David Adler
Defendant is on bond.