UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL CAUSE 4:17-CR-116-01** |
| | § | **JUDGE LEE ROSENTHAL** |
| **THOMAS DODD** | § | |

## UNOPPOSED MOTION TO TRAVEL

*TO THE HONORABLE LEE ROSENTHAL*:

Thomas Dodd asks permission to travel and shows the following in support of this request:

1. Dodd pleaded guilty to campaign finance related offenses. He is in compliance with conditions of release imposed by the Magistrate Judge.

2. Dodd would like to travel to see family and friends in Little Rock, Arkansas, from April 11 to April 18.

3. The AUSA and the Pretrial Services Office are unopposed to this request.

4. Dodd asks the Court for permission to undertake these trips.

Respectfully submitted,

/s/ David Adler

_____
David Adler
State Bar of Texas 00923150
6750 West Loop South
Suite 120
Bellaire, Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Thomas Dodd

## CERTIFICATE OF CONFERENCE

The AUSA and the Pretrial Services Officer are unopposed to this motion.

/s/ David Adler
_____
David Adler

## CERTIFICATE OF SERVICE

A copy of this motion was served upon the AUSA by e-mail on March 28, 2017.

/s/ David Adler
_____
David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL CAUSE 4:17-CR-116-01** |
| | § | **JUDGE LEE ROSENTHAL** |
| **THOMAS DODD** | § | |

**ORDER ON UNOPPOSED MOTION TO TRAVEL**

Dodd's unopposed motion to travel is:

Granted.

Dodd may travel to Arkansas between April 11 and April 18.

Denied.

Signed on _____, 2017.

_____
Lee Rosenthal
United States District Judge