UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. H-17-116-01 |
| THOMAS DODD | § § | |

## AGREED ORDER FOR MONTHLY PAYMENTS

On March 20, 2017, Defendant Thomas Dodd entered a plea of guilty to Counts One and Two of the original Indictment, which charged him with conspiracy to commit mail and wire fraud and conspiracy to make conduit contributions and false statements to the Federal Election Commission. As part of his Plea Agreement, the Defendant understood that as a result of his criminal conduct, the fraud victim incurred a monetary loss. The Defendant agreed that he would not attempt to avoid or delay payment of the amount of full restitution, which is to be determined by the Court.

The Defendant has not yet been sentenced, the Court has not yet imposed an order of restitution, and the Defendant is not currently incarcerated. Until the Defendant has been sentenced and incarcerated, the United States believes, and the Defendant agrees that he should begin making monthly payments toward his anticipated restitution debt.

The United States of America and the Defendant Thomas Dodd (hereinafter, "the Parties") agree and stipulate as follows:

1. In his Plea Agreement at paragraph 17, the Defendant agreed to make complete financial disclosure to the United States by truthfully executing a sworn financial statement. The Defendant

did in fact sign a Financial Statement. By signing the Financial Statement, the Defendant acknowledged that "the information provided will affect action by the United States Department of Justice" and that any false statements could lead to prosecution under Title 18, United States Code, Section 1001.

2. The Parties agree and stipulate to the entry of this Agreed Order for Monthly Payments. It is expressly agreed and stipulated by the parties that the Defendant shall pay toward the anticipated restitution amount the sum of $200 per month, beginning on August 1, 2018, and continuing on the first day of each month thereafter until the Defendant is incarcerated pursuant to the Court's sentence. It is agreed that the monthly amount is based upon the Defendant's ability to pay at this time and is subject to change should the Defendant's ability to pay change in the future.

3. A cashier's check or money order for the monthly payment should be made payable to "Clerk, U.S. District Court" and mailed to:

> Clerk, U.S. District Court
> P.O. Box 61010
> Houston, Texas 77208

The case number H-17-116-01 and the Defendant's last name should be included on the bottom left corner of the check so that proper credit will be received. The Defendant should deliver the payment early enough that it will be received by the Clerk by the 1st day of every month.

4. The Clerk of the U.S. District Court is authorized to accept the monthly payments and hold them in the Court's Registry until further order of this Court.

5. The Defendant agrees that if he receives a tax refund, he will within five (5) days of receipt pay that amount of money to the Clerk towards the anticipated restitution debt. Nothing in

this Agreement prevents the United States from pursuing administrative offsets, including by the Internal Revenue Service, once a restitution order has been imposed.

6. The United States does not waive any rights or remedies, including forfeiture of property, as a means to reimburse the fraud victim. Nothing in this Agreement precludes the United States from pursuing statutorily permitted enforcement action and any and all remedies to collect restitution once a restitution order is imposed.

7. In the event the Clerk's office has not received a payment from the Defendant by the 5th day of each month, the United States may so notify the Court.

APPROVED AND SO ORDERED this ____ day of August 2018.

_____
Lee H. Rosenthal
Chief United States District Judge

AGREED ORDER FOR MONTHLY PAYMENTS
APPROVED IN FORM AND SUBSTANCE:

_____  DATE: 8/7/2018
Melissa J. Annis
Assistant United States Attorney

_____  DATE: 30 July 2018
Thomas Dodd
Defendant

_____  DATE: 8/7/18
David Adler
Attorney for Defendant