United States District Court
Southern District of Texas
**ENTERED**
August 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § | CRIMINAL DOCKET 4:17-CR-116-01 |
| | § | JUDGE LEE ROSENTHAL |
| THOMAS DODD | § | |

## ORDER

Dodd's unopposed motion to travel is:

Granted,

Dodd may travel to Delaware from August 29 to September 5 for work meetings and to visit his family, then travel to Pennsylvania on September 6 and 7 for work meetings, and then back to Delaware from September 8 through 10 to visit his family. He must return to Houston on September 10.

~~Denied.~~

Signed on August 16, 2018.

Lee Rosenthal
United States District Judge