**4:17cr116**

United States Courts
Southern District of Texas
FILED

*April 13, 2021*

Nathan Ochsner, Clerk of Court

12 April 2021

Honorable Lee H. Rosenthal
Chief Judge, United States District Court
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

RE:  Romania Travel Work Travel Request for Thomas Dodd April 25-29, 2021 and a
Request to lift Tom Dodd's domestics and international travel restriction for work trips.

Dear Judge Rosenthal,

My name is Tom Dodd.  I currently am on Supervised Release under the supervision of
Mr. Arnold Canales.

I am respectfully request the following:

1) Romania Travel Work Travel Request for April 25-29, 2021 for a trip on behalf of
Creation Capital Partners, LLC.  Please see the attached travel request from Creation
Capital Partners on my behalf.

2) Request to lift Tom Dodd's domestics and international travel restriction for work
related travel.

I have my business, Thomas Dodd and Associates, at 917 Oak Grove Drive Houston, TX
77058

I have been traveling extensively for work.  I am requesting my domestic and
international travel restrictions be lifted for work related travel.  Mr. Canales will not
oppose this request as long as I continue to pay my monthly court ordered restitution
payments.  I have paid all my court ordered restitution payments.

Your Honor, if my request to lift my travel restriction for domestic and international
travel is granted, I would continue to notify Mr. Canales of my travels in advance and
upon my return from the business trips.  I will also to remain in compliance of my court
ordered monthly restitution.

I have attached letters from my client and business relationships, with whom I have been working on for various projects. These letters provide confirmation of business relationships acknowledging their knowing of my felony convictions and expressing there comfort with doing business with me.

- Creation Capital Partners, LLC
- Family Health Testing
- Haynes  Brokerage
- Liberty Petroleum
- MSE Productions
- NKD Industries
- Preminco Panama
- Thekan Services
- TWS Financial Advisors
- Meetesh Patel, Esq.
- Strong Company

Your Honor, I request approval of these two requests:

1) Romania Travel Work Travel Request for April 25-29, 2021 for a trip on behalf of Creation Capital Partners, LLC.

2) Request to lift Tom Dodd's domestics and international travel restriction for work related travel.

Should you have any questions, you can call me at (302) 670-0581 or email me at ThomasDodd@hotmail.com

Sincerely,

Thomas Dodd
1307 Davon Lane
Houston, Texas 77054

# CREATION CAPITAL PARTERS, LLC

April 12, 2021

Judge Lee H. Rosenthal United States District Court
Southern District of Texas

RE:  Romania Travel Work Travel Request for Thomas Dodd April 25-29, 2021

Dear Judge Rosenthal,

My name is Todd Griffith, and I am a founding partner of Creation Capital Partners, LLC located at 917 Oak Grove Drive Houston, TX 77058

I am writing to request approval for Thomas Dodd, who is currently on Federal Supervised Release, to travel for Creation Capital Partners, LLC to Romania on April 25-29 to review location for a potential solar power project there.

I have known Tom Dodd of 1307 Davon Lane in Houston, Texas 77059 since 2012.

Through his company Thomas R. Dodd & Associates, is a consultant to Creation Capital.

Thomas Dodd is needed for the trip as he is both familiar with the Romania solar project and is available for the short trip given covid travel restrictions and it is not feasible for me to travel to Romania for such a short trip. Tom is 42 and can handle a quick 3 day business trip to Eastern Europe and can recover from the time zone difference.

Tom is a trusted consultant and advisor whose judgment and abilities I have confidence in to travel to Romania on my behalf and on behalf of Creation Capital Partners.

I confirm that I am aware of Thomas Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.

Should you have any questions, you can call me at (281) 635-7517 or email at GulfCoastAutomation@gmail.com

Sincerely,

Todd Griffith
Senior Partner
Creation Capital Partners, LLC

# CREATION CAPITAL PARTNERS, LLC

15 September 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

In reference to Thomas Dodd, and on behalf of Gulf Coast Automation, Inc., along with it's sister company Industrial Surplus Supply, Inc., and Creation Capital Partners, LLC,  I am confirming Thomas Dodd is doing marketing consulting for my companies, via Thomas Dodd & Associates.  I am writing to confirm that I am aware of Thomas Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  I am also confirming that I am aware of Thomas Dodd having served an 18 month sentence at the Federal Bureau of Prisons Camp at Yazoo City, MS.   In addition, I am aware Thomas Dodd is on Federal Supervised Release.

I hereby declare I am 100% comfortable with my consulting relationship with Thomas Dodd.  I believe in second chances and believe Thomas Dodd and his consulting services is a great asset to my companies.

Should you have any questions, you can call me at (281) 635-7517 or email at
GulfCoastAutomation@gmail.com

Sincerely,

Todd Griffith
Senior Partner
Creation Capital Partners, LLC

# CREATION CAPITAL PARTNERS, LLC

15 September 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

In reference to Thomas Dodd, and on behalf of Gulf Coast Automation, Inc., along with it's sister company Industrial Surplus Supply, Inc., and Creation Capital Partners, LLC, I am confirming Thomas Dodd is doing marketing consulting for my companies, via Thomas Dodd & Associates. I am writing to confirm that I am aware of Thomas Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements. I am also confirming that I am aware of Thomas Dodd having served an 18 month sentence at the Federal Bureau of Prisons Camp at Yazoo City, MS. In addition, I am aware Thomas Dodd is on Federal Supervised Release.

I hereby declare I am 100% comfortable with my consulting relationship with Thomas Dodd. I believe in second chances and believe Thomas Dodd and his consulting services is a great asset to my companies.

Should you have any questions, you can call me at (281) 635-7517 or email at GulfCoastAutomation@gmail.com

Sincerely,

Todd Griffith
Senior Partner
Creation Capital Partners, LLC

1307 DAVON LANE, HOUSTON, TEXAS 77058



**HAYNES BROKERAGE GROUP, INC.**
*Providing Insurance Solutions since 1968*
*You deserve the Experience…*

November 10, 2020


Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

My name is Justin Haynes and I am the Principle at Haynes Brokerage Group, Inc.

Haynes Brokerage Group (HBG) is a wholesale brokerage general insurance agency that began with the goal of providing an exceptional experience to the insurance agents we serve. HBG insurance brokers have a long history of working closely with agents and advisors to solve problems - not just for selling insurance products. It is our goal to provide the solutions and expertise that help you protect the families and businesses you serve.

I have known Thomas Dodd since at least 2008.

Per the request of Tom, I am writing to confirm that I am aware of Tom Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  In addition, I am aware Tom Dodd is on Federal Supervised Release.

I am confirming my confidence in working with Tom Dodd and meeting with Tom for lunch in Williamsburg, Virginia on November 19, 2020 to discuss his providing marketing services with Laura Jenkins, of TWS Financial Brokers, with whom I assist with on life insurance cases.

Should you have any questions, you can call me at my office at (757) 490-5641.

Sincerely,

Justin Haynes
Principle
Haynes Brokerage Group, Inc.

47 W. Queens Way • Suite C • Hampton, VA 23669
Tel:757.490.5641 • Fax:757490-5644 • Toll Free: 800.965.2323 • www.haynesdirect.com



February 16, 2021


Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002


Dear Mr. Canales,

My name is Keith Mason and I am Directing Partner of Family Health Testing.

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  In addition, I am aware Tom Dodd is on Federal Supervised Release.

I am confirming my confidence in working with Tom Dodd in marketing PPE equipment to Nigeria, other African country, and other potential customers.

Should you have any questions, you can call me at (720) 341-1892.


Sincerely,

Keith Mason
Directing Partner
Family Health Testing


**FAMILY HEALTH TESTING**
**1621 CENTRAL AVE**
**CHEYENNE, WY 82001 USA**

Laura Bush Jenkins

TWS Financial Brokers, LLC
100 Little Circle

Hertford, NC 27944


November 10, 2020

Mr. Arnold Carnales

United States Probation Officer

Southern District Texas

515 Rusk St., Ste. 2301

Houston, TX 77002


Dear Mr. Canales,


My name is Laura Bush Jenkins and I am the founder and owner of TWS Financial Brokers.


Per the request of Thomas Dodd, I am writing to confirm that I am aware of Thomas's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements. In addition, I am aware he is on Federal Supervised Release.


I am confirming my confidence in working with Thomas Dodd and meeting him in North Carolina between November 20-22, 2020. We are meeting to discuss marketing and outreach strategies for building my life insurance practice based on his background in public affairs.


Mr. Dodd is clearly aware of the scope of our project and will not be handling back office tasks or working with clients in a financial capacity. We have an existing team who works in that capacity. If you have any questions, please contact me personally at (315) 225-6984.


Respectfully,

Laura Bush Jenkins

Laura Bush Jenkins
TWS Financial Brokers



# Liberty Petroleum Corporation

Mr. Arnold Canales
US Probation
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Wednesday, October 7, 2020

RE: Thomas Dodd Reference Letter

Dear Mr. Canales:

Founded in 1997, Liberty Petroleum Corporation is a US based privately held company with an International focus.  Liberty commits itself to business activities that uphold the highest standards of ethics and business practice.

I understand Tom Dodd's history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements. And we are aware Tom Dodd is on Federal Supervised Release.  I am very comfortable working with Tom on business transactions.

I am committed to supporting Tom as he makes a transition from the unfortunate situation related to the felonies that he now carries.

Please let me know if you have any questions or would like additional information regarding my relationship with Thomas Dodd.

Sincerely,

Lane Franks
Liberty Petroleum Corporation
www.libertypetroleumcorp.com
Office Phone: 602-995-7194
Fax: 602-864-6690

10851 N. Black Canyon Highway, Suite 540   Phoenix, Arizona 85029  USA   (602) 995-7194   (602) 864-6690 Fax

October 5, 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  In addition, I am aware Tom Dodd is on Federal Supervised Release.

I am confirming my meeting with Tom to discuss Creation Capital Partners during his trip to Virginia and Delaware between October13-24, 2020.

Should you have any questions, you can call me on my cell at (202) 412-0807 or MPatel@consilium-law.com

Sincerely,

Meetesh Patel, Esq.



106 Louise Drive  Placentia, California 92870  866-MSE-PROD  Fax 805 382-8304

November 19, 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  In addition, I am aware Tom Dodd is on Federal Supervised Release.

I am confirming my comfort for a business relationship with Tom Dodd.  Tom Dodd is an investor in a movie of mine called Raven Four Two and I am reviewing other business opportunity with Tom including God's Word Audio Bible Series.

Should you have any questions, you can call me at (805) 390-6397

Sincerely,

Michael S. Emerson
MSE Productions

# PREMINCO Panama

## Latin American Business Incubator & Investment Services

November 19, 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  In addition, I am aware Tom Dodd is on Federal Supervised Release.

I am confirming my support of working with Tom Dodd on power projects in Latin American and Africa.

Should you have any questions, you can call me at (702) 576-7353 or my email at andy.j@preminco.com.do

Sincerely,

Any Jaques
President
PREMINCO Panama S.A.

PREMINCO Panama; Calle 50 con Calle 71, San Francisco, Edificio Plaza Morica, 12o Piso, 1206
Ciudad de Panamá, República de Panama                              RUC# 155616615
Email: andy.j@preminco.com.do                              Global Roaming: +1-702-576-7353



EarthWise Ventures
300 West Marine View Drive
Everett, WAA 98201

February 24, 2021

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's
criminal history for one count of conspiracy to commit mail and wire fraud and one count
of conspiracy to make conduit contributions and false statements.  In addition, I am aware
Tom Dodd is on Federal Supervised Release.

Tom is an investor in Earthwise Ventures.  I confirm my comfort with working with Tom
on projects with Earthwise and Creation Capital Partners, LLC.

Should you have any questions, you can call email me at Rob@EarthwiseVentures.com

Sincerely,

Rob Smith
CEO
Earthwise Ventures
425.319.1032



December 31, 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

On behalf of Strong Company, Inc., I am confirming my request for Tom Dodd to visit
Pine Bluff, Arkansas from Monday, January 11, 2021 until Friday, January 15, 2021 for
discussions in regards to marketing and strategic planning for Strong Company.

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's
criminal history for one count of conspiracy to commit mail and wire fraud and one count
of conspiracy to make conduit contributions and false statements.  In addition, I am aware
Tom Dodd is on Federal Supervised Release.

To learn more about Strong Company, Inc., please visit our website at
www.StrongSeal.com

Should you have any questions, you can call me at (870) 413-9261 email at
Trakhner1@gmail.com

Sincerely,

Betty Jane Strong
Partner
Strong Company, Inc.

**The Strong Company, Inc.**
4505 Emmett Sanders Road • Pine Bluff, AR 71601
(870) 535-7617 • 800-982-8009 • Fax (870) 850-6933
Website: www.strongseal.com
Email: info@strongseal.com
(Operating as Strong-Seal® Systems Corp. In the States of AL, MN & TX)

**THEKAN**
SERVICES COMPANY LIMITED

RC NO: 294922

October 6, 2020

Mr. Arnold Canales
United States Probation Officer
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, TX 77002

Dear Mr. Canales,

Per the request of Tom Dodd, I am writing to confirm that I am aware of Tom Dodd's criminal history for one count of conspiracy to commit mail and wire fraud and one count of conspiracy to make conduit contributions and false statements.  In addition, I am aware Tom Dodd is on Federal Supervised Release.

I am confirming my meeting with Tom Dodd while in Pennsylvania on October 22, 2020 in order to discuss Creation Capital business opportunities with commodities trading and procurement of equipment in the oil and gas sector.

Should you have any questions, you can email me at endyukoyo@thekanservices.com.

Sincerely,

Endurance Ukoko
CEO
Thekan

**REGISTERED OFFICE: 1, Stadium Road, Abak, Akwa Ibom State.**
**Plot# 1 Arch. John Agabri Str, Happy Land Est. Km 23 Lekki Epe Expressway, Ajah Lagos.**
**contactus@thekanservices.com, www.thekanservices.com**
**Tel: +234-802-3014-619. +1-267-644-3333**