United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §    CRIMINAL NO. H-17-116 |
| | § |
| THOMAS DODD | § |

**O R D E R**

    Thomas Dodd has served his 18-month custodial term and complied with the conditions of his 3-year supervised release term, including timely restitution payments. He now seeks early termination of supervised release. (Docket Entry No. 507). The government opposes, pointing to the large amount of outstanding restitution. The government is right that Mr. Dodd owed $664,524.95 as of May 18, 2022. But at least two circumstances weigh in favor of early termination. The first is that ending supervision after 2 rather than 3 years is unlikely to influence payment of a significant amount of the remaining restitution obligation. The second circumstance is that the principal in the fraud scheme that Mr. Dodd helped implement has received a commuted sentence. Given the generous treatment of the principal, and Mr. Dodd's own compliance with the conditions of supervision to date, the court grants early termination.

    SIGNED on May 27, 2022, at Houston, Texas.

                                                  Lee H. Rosenthal
                                            Chief United States District Judge